**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
## Civil Cover Sheet

**FILED**
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | WENDELL THOMPSON, et al. | **Defendant(s):** | CLAIR DOBBINS, etc., et al. |
| **County of Residence:** | KANE | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Wendell Thompson (#30421)
Andre Jackson (#74546)
Kane - KCJ
777 East Fabyan Parkway
Geneva, IL 61034

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [x] 3. Federal Question (U.S. gov't. not a party)
- [ ] 2. U.S. Government Defendant
- [ ] 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

07CV 7198
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

**Origin:**
- [x] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes  [x] No

**Signature:** A. E. Woodham   **Date:** 12/21/2007

Holderman   07C 6565
Mason