10/10/2007

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

FILED
DEC 21 2007
DEC 21 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT**

WENDELL THOMPSON
Plaintiff

v.

KANE CO. HEALTH DEPT., LT. CARTER,
C/O McDONOUGH,
PATRICK PEREZ
Defendant(s)

07CV 7198
JUDGE HOLDERMAN
MAGISTRATE JUDGE MASON

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:
I, WENDELL C. THOMPSON, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒Yes   ☐No   (If "No," go to Question 2)
   I.D. # 30421   Name of prison or jail: KANE COUNTY JAIL
   Do you receive any payment from the institution? ☐Yes ☒No   Monthly amount:_____

2. Are you currently employed?   ☐Yes   ☐No
   Monthly salary or wages:_____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment:_____
      Monthly salary or wages:_____
      Name and address of last employer:_____

   b. Are you married?   ☐Yes   ☐No
      Spouse's monthly salary or wages:_____
      Name and address of employer:_____

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages                                              ☐Yes   ☐No
      Amount_____  Received by_____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☐No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☐No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                      ☐Yes    ☐No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☐No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☐No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?   ☐Yes  ☐No  Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?   ☐Yes  ☐No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐Yes  ☐No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
  ☐Yes  ☐No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents
_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: _12-19-07_　　　　　　　　　　　_W. T_____
　　　　　　　　　　　　　　　　　　　　Signature of Applicant

　　　　　　　　　　　　　　　　　　_WENDELL THOMPSON_
　　　　　　　　　　　　　　　　　　　　　　(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.#_____, has the sum of $_____ on account to his/her credit at (name of institution)_____.
I further certify that the applicant has the following securities to his/her credit:_____. I further certify that during the past six months the applicant's average monthly deposit was $_____.
(<u>Add</u> all deposits from all sources and then <u>divide</u> by number of months).

_____　　　　　　_____
　　DATE　　　　　　　　　　SIGNATURE OF AUTHORIZED OFFICER

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　(Print name)

rev. 10/10/2007

# Inmate Balance Report

# KANE COUNTY JAIL

Print Date: 11/16/2007 10:46:54 am
User Name: KAS
Start Date: 10/16/2007 10:46:50 am
End Date: 11/16/2007 10:46:52 am

| | |
|---|---|
| **Name** | THOMPSON, WENDELL CRAIG |
| **Number** | 30421 |
| **DOB** | 9/24/1966 |
| **CELL BLOCK** | 301 |

| | |
|---|---|
| **Balance** | $0.67 |
| **Frozen** | $0.00 |
| | $0.67 |

## TRANSACTIONS

| Date | Transaction | Amount | Balance | Note |
|---|---|---|---|---|
| 10/18/2007 | ORDER DEBIT | -$7.22 | $21.74 | |
| 10/22/2007 | MEDICAL | -$5.00 | $16.74 | 10/19/07 |
| 10/22/2007 | ORDER DEBIT | -$10.95 | $5.79 | |
| 10/25/2007 | ORDER DEBIT | -$4.94 | $0.85 | |
| 10/29/2007 | MAIL CREDIT | $25.00 | $25.85 | 128611 |
| 10/29/2007 | ORDER DEBIT | -$25.39 | $0.46 | |
| 10/29/2007 | ORDER CREDIT | $2.45 | $2.91 | |
| 11/1/2007 | COPY CHARGE | -$2.20 | $0.71 | 11/1/07 |
| 11/5/2007 | ORDER DEBIT | -$0.70 | $0.01 | |
| 11/7/2007 | MAIL CREDIT | $20.00 | $20.01 | 128647 |
| 11/8/2007 | ORDER DEBIT | -$19.88 | $0.13 | |
| 11/8/2007 | ORDER CREDIT | $4.48 | $4.61 | |
| 11/12/2007 | ORDER DEBIT | -$4.47 | $0.14 | |
| 11/12/2007 | ORDER CREDIT | $3.97 | $4.11 | |
| 11/15/2007 | ORDER CREDIT | $0.40 | $0.67 | |
| 11/15/2007 | ORDER DEBIT | -$3.84 | $0.27 | |