# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JAMES F. HOLDERMAN | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 7198 | **DATE** | January 11, 2008 |
| **CASE TITLE** | Wendell Thompson (#30421), et al. v. Clair Dobbins, et al. | | |

**DOCKET ENTRY TEXT:**

On the court's own motion, Andrew Eliot Porter, Bronson & Kahn, LLC, 150 North Wacker Drive, Suite 1400, Chicago, Illinois 60606, (312) 553-1700 is appointed to represent plaintiff Wendell Thompson in Case No. 07 C 4698 in accordance with counsel's trial bar obligations under the District Court's Local Rule 83.37. Case numbers 07 C 4970, 07 C 6209, 07 C 6563, 07 C 6564, 07 C 6565, 07 C 7198, 07 C 7233, and 07 C 7234 (N.D. Ill.) are all administratively closed. Dismissal of these cases does not constitute a "strike" under 28 U.S.C. § 1915(g) and is without prejudice to appointed counsel filing an amended complaint in 07 C 4698 setting forth all viable constitutional claims regarding the plaintiff's confinement at the Kane County Jail in one complaint. Mr. Jackson's motion for leave to proceed in forma pauperis [#4] is denied as moot; Mr. Jackson must initiate his own, separate action if he wishes to file suit regarding the presence of mold at the Kane County Jail (the statute of limitations would appear to present to no obstacle to the refiling of this suit by Mr. Jackson alone).

■ [Docketing to mail notices.]

mjm